OPINION — AG — ** LEASE ON OIL AND GAS — SCHOOL LANDS ** QUESTION: CAN THE BOARD OF REGENTS OF THE OKLAHOMA COLLEGE FOR WOMEN TO GIVE AN OIL AND GAS LEASE ON A ARM (A FARM IN GRADY COUNTY, CONVEY MINERAL RIGHTS) ? — NEGATIVE CITE: OPINION NO. NOVEMBER 28, 1033 — UNIVERSITY OF OKLAHOMA (WARRANTY DEED — DOES NOT HAVE POWER TO DISPOSE OF OR LEASE THE PROPERTY OF THE UNIVERSITY), OPINION NO. APRIL 28, 1036 — OU, 70 O.S. 1691 [70-1691] 70 O.S. 1692 [70-1692] (J. H. JOHNSON)